# EXHIBIT 1

**OFICIO JUDICIAL**

Buenos Aires,  de diciembre de 2013.

A LA DIRECCION DE ASISTENCIA JURIDICA INTERNACIONAL
S                    /                    D

En mi carácter de abogado apoderado de la parte demandada, me dirijo a Usted en los términos del art. 400 CPCCN en los autos caratulados "MORAN AYROLO GUILLERMO C/ FERNANDEZ FREIRE MARIA DEL CARMEN S/ DISOLUCION DE SOCIEDAD CONYUGAL EXPTE. 76974/2010" que tramitan por ante el Juzgado Nacional de Primera Instancia en lo Civil Nº 86 , a cargo de la Dra. Maria del Carmen Bacigalupo, Secretaría Unica, sito en Lavalle 1220 Piso 5º Ciudad Autónoma de Buenos Aires, a fin de acompañar el exhorto que se agrega al presente.-

El auto que ordena la medida en su parte pertinente dice: *"Buenos Aires 3 de septiembre de 2013. A los fines solicitados, líbrese exhorto diplomático en la forma de estilo. Fdo: María del Carmen Bacigalupo de Girard.* JUEZ.-

Se encuentran autorizados a correr con el diligenciamiento del presente: Jorge Fabián Schiffer y/o María del Carmen Fernandez Freire y/o Augusto Jorge Onesti y/o Marisa Laura Weintraub y/o Marcela L. Mendoza y/o quienes ellos designen.-

Saludo a Ud. atentamente.

MARIA FERNANDEZ FREIRE
ABOGADA
Tomo 117 Folio 490 C.P.A.C.F.

**EXHORTO DIPLOMATICO**

DOCTORA BACIGALUPO DE GIRARD, MARIA DEL CARMEN, JUEZ
NACIONAL DE PRIMERA INSTANCIA EN LO CIVIL A CARGO DEL
JUZGADO N° 86, DE LA CIUDAD AUTONOMA DE BUENOS AIRES,
REPUBLICA DE ARGENTINA, AL SEÑOR JUEZ QUE CORRESPONDA DE
IGUAL JURISDICCIÓN EN MATERIA CIVIL Y CON COMPETENCIA
TERRITORIAL EN LA CIUDAD DE MIAMI, FLORIDA. ESTADOS
UNIDOS DE AMERICA.

    **SALUDA EXHORTA Y HACE SABER,** que por ante el Juzgado

Nacional de Primera Instancia en lo Civil N° 86 de la

Ciudad Autónoma de Buenos Aires, República Argentina

a mi cargo, Secretaria única a cargo de la Doctora

Mariana J. Fortuna, con sede en la calle Lavalle 1220

5° piso de esta ciudad, tramitan los autos

caratulados ***"Moran Ayrolo Guillermo Carlos***

***c/Fernández Freire, María del Carmen s/disolución de***

***sociedad conyugal Exp.76974/10"***, en los cuales la

suscripto es competente en razón de materia y

jurisdicción, ha dispuesto librar la presente

rogatoria, a fin que V.S. tome los recaudo necesarios

para poder solicitar a las siguientes entidades, la

información que se requerirá:

1) **AL BANCO PASTOR AGENCIA MIAMI:** A fin que brinde la

información que se le solicita respecto a las cuentas

N*        y C       (titular MAT & ASOCIADOS),

Firmante Guillermo Moran Ayrolo, a saber :

1.- Fecha de apertura y cierre de las cuentas

2.- Nombre completo y domicilio de los diferentes titulares de las cuentas desde la apertura hasta el cierre o, en su defecto, a la fecha de recepción del requerimiento.-

3.- Nombre completo y dirección de los firmantes habilitados para operar las cuentas, desde su apertura, hasta el cierre o en su defecto, hasta la fecha de la recepción del requerimiento.

4.- Remita con la información solicitada los resúmenes en los cuales consten la totalidad de los movimientos mensuales de cada cuenta, todos los instrumentos requeridos a los cuentacorrentistas como estatutos sociales, certificados de acciones, balances, actas de asambleas y de directorio y copias de los poderes o autorizaciones a los firmantes..-

2) **AL REGION FINANCIALS CORPORATIONS (EX UNION PLANTERS BANK), de Miami**: A los fines que en relación a las cuentas bancarias N° ▮▮▮▮▮▮▮▮(Titular Guillermo Moran Ayrolo) y N° ▮▮▮▮▮▮▮ (Titular Latintrials LLC. Firmante Guillermo Morán Ayrolo) informe :

1.- Fecha de apertura y cierre de las cuentas

2.- Nombre completo y domicilio de los diferentes titulares de las cuentas desde la apertura hasta el cierre o, en su defecto, a la fecha de recepción del oficio.-



3.- Nombre completo y dirección de los firmantes habilitados para operar las cuentas, desde su apertura y hasta el cierre o en su defecto, hasta la fecha de dada recepción del oficio.

4.- Remita con la información solicitada los resúmenes en el cual conste la totalidad de los movimientos mensuales de cada cuenta, todos los instrumentos requeridos a los cuentacorrentistas como estatutos sociales, certificados de acciones, balances, actas de asambleas y de directorio y copias de los poderes o autorizaciones a los firmantes.-

3) **AL OCEAN BANK DE MIAMI**: A fin que informe en relación a la cuenta Nº ██████
a) Su saldo
b) Datos del titular de la cuenta
c) Informe en que carácter actúa el Sr. Guillermo Moran Ayrolo .-

4) **AL DEPARTAMENT OF STATE:** Para que remita la información que se solicita respecto a las siguientes sociedades:
a) LATINTRIALS LLC (Florida)
b) LATININT US LLC

Sobre dichas sociedades, deberá remitir toda la información y copia de los estatutos que tengan en su poder, referidas a las sociedades enumeradas. En particular brinden informe sobre: Fecha de constitución, domicilio, nombre de los socios, capital social, apoderados, objeto social, administración, nombre y datos de identificación de los directores y demás



**TRADUCCIÓN PÚBLICA** ------------------------------------------------------------------------

**CERTIFIED TRANSLATION** -----------------------------------------------------------------

**LETTERS ROGATORY**--------------------------------------------------------------------------

BACIGALUPO DE GIRARD, MARIA DEL CARMEN, JUDGE IN AND FOR THE CITY OF

BUENOS AIRES WITH ORIGINAL JURISDICTION IN CIVIL MATTERS AND IN CHARGE

OF COURT OFFICE NUMBER 86 OF THE FEDERAL CAPITAL OF THE REPUBLIC OF

ARGENTINA-------------------------------------------------------------------------------------------

TO YOUR HONOUR, JUDGE PRESIDING OVER THE SIMILAR COURT, OR TO WHOM IT

MAY CONCERN IN THE CITY OF MIAMI, UNITED STATES OF AMERICA ---------------------

**GREETINGS,**------------------------------------------------------------------------------------------

That there is pending in this Court number 86 of the Federal Capital of the Republic of

Argentina, in charge of the undersigned, Clerk's office in charge of Mariana J. Fortuna,

attorney at law, domiciled at 1220 Lavalle st. 5° floor of this city, the case entitled *"Moran*

*Ayrolo Guillermo Carlos vs Fernández Freire, María del Carmen in the case brought*

*about separation of marital property. Court Record number 76974/10"* wherein the

undersigned has jurisdiction over the subject matter of the case. That these letters rogatory

hereof be issued, so that You Honour may take all necessary steps to request the required

information to the following entities: ------------------------------------------------------------------

1) **BANCO PASTOR (PASTOR BANK) MIAMI BRANCH**: To provide the following

information about the bank accounts number          and          (account holder:

MAT & ASOCIADOS), maker Guillermo Moran Ayrolo: ----------------------------------------------

1. Bank accounts opening and closing date. ---------------------------------------------------------

2. Complete name and surname, and domicile of the different bank accounts holders since

their opening up to their closing, otherwise, up to the date of reception of the present

request.---------------------------------------------------------------------------------------------------------

1



3. Complete name and surname, and domicile of the authorized makers to operate in the mentioned accounts since their opening up to their closing, otherwise, up to the date of reception of the present request. --------------------------------------------------------------------------------

4. Send together with all the required information the bank statements in which appear the totality of the monthly movements of each account; all the documents required to the account holders such as Bylaws, stock certificates, balance sheets, minutes of meeting and minutes of the board of Directors, copies of powers-of-attorney or authorities to the makers. ---

2) **REGION FINANCIALS CORPORATIONS (FORMER UNION PLANTERS BANK), MIAMI**:--------------------------------------------------------------------------------------------------------

To provide the following information about the bank accounts number ▉▉▉▉ Account holder: Guillermo Moran Ayrolo) and number ▉▉▉▉ (account holder: Latintrials LLC; maker Guillermo Moran Ayrolo): --------------------------------------------------------------------------

1. Bank accounts opening and closing date. --------------------------------------------------------------

2. Complete name and surname, and domicile of the different bank accounts holders since their opening up to their closing, otherwise, up to the date of reception of the present request.--------------------------------------------------------------------------------------------------

3. Complete name and surname, and domicile of the authorized makers to operate in the mentioned accounts since their opening up to their closing, otherwise, up to the date of reception of the present request. --------------------------------------------------------------------------------

4. Send together with all the required information the bank statements in which appear the totality of the monthly movements of each account; all the documents required to the account holders such as Bylaws, stock certificates, balance sheets, minutes of meeting and minutes of the board of Directors, copies of powers-of-attorney or authorities to the makers. ---

3) **OCEAN BANK OF MIAMI**: To provide the following information about the bank account number ▉▉▉▉ --------------------------------------------------------------------------------------------

2